Nos. 677, 678, 679, and 680.   HARBORSIDE WAREHOUSE Co., INC. *v.* JERSEY CITY ET AL.   March 1, 1943. Petition

for writs of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. John A. Hartpence* for petitioner. *Mr. Charles A. Rooney* for respondents.